**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| 24 Hour Fitness USA, Inc. and 24 Hour Fitness Worldwide, Inc. v. Bally Total Fitness Holding Corp. and Michael Sheehan | FILED: JULY 7, 2008<br>08CV3853<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE DENLOW<br>JH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

24 Hour Fitness USA, Inc. and 24 Hour Fitness Worldwide, Inc.

| NAME (Type or print) |
|---|
| R. Mark Halligan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ R. Mark Halligan |
| FIRM |
| Lovells LLP |
| STREET ADDRESS |
| 330 N. Wabash Ave., Suite 1900 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6200723 | 312-832-4400 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐