# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| 24 HOUR FITNESS USA, INC., a California corporation, ) ) ) ) Plaintiff, ) ) ) v. ) ) BALLY TOTAL FITNESS HOLDING ) CORP., a Delaware corporation, and ) MICHAEL SHEEHAN, an individual, ) ) Defendants. ) ) ) ) | Civil Action No. 08 cv 3853<br><br><br>Judge Joan Humphrey Lefkow<br><br>Magistrate Judge Morton Denlow |

## PLAINTIFF'S LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, Plaintiff, by its attorneys, hereby submits the following statement of disclosure of corporate ownership:

Plaintiff 24 Hour Fitness USA, Inc. is a wholly owned subsidiary of 24 Hour Fitness Worldwide, Inc., which has no parent corporation and no publicly held corporation owns 10% or more of its stock.

\*   \*   \*

Date: July 8, 2008

Respectfully submitted,

/s/ R. Mark Halligan

**R. Mark Halligan (IL 6200723)**
mark.halligan@lovells.com
**Deanna R. Swits (IL 6287513)**

1

deanna.swits@lovells.com
**LOVELLS LLP**
330 N. Wabash Avenue
Suite 1900
Chicago, IL  60611
Tel:  312 832 4400
Fax:  312 832 4444

*Attorneys for Plaintiff 24 Hour Fitness USA, Inc.*