IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

**24 Hour Fitness USA, Inc.**

        Plaintiff(s),

vs.

**Bally Total Fitness holding Corp., a Delaware Coporation and Michael Sheehan, an individual**

        Defendant(s).

Case No.: 08CV3853

**AFFIDAVIT OF SERVICE**

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Eric West, who, first being duly sworn, on oath deposes and states that he/she is a citizen of the United States and 18 years of age or older and is a party having no interest in the above-styled case. Affiant further states that on **July 10, 2008 at 3:00 PM**, I served **Michael Sheehan, c/o Alston D. Correll, Kilpatrick Stockton** by personally serving **Pamela Amerman, Legal Assistant**, located at **1100 Peachtree Street Suite 2800, Atlanta, GA** with the following: Summons and Amended Complaint with Exhibits attached.

Description of person process was left with:

Sex: **Female** – Skin: **Caucasian** – Hair: **Brown** – Age: **45** – Height: **5'7"** – Weight: **160**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

Signed and sworn to before me on this 11th day of July, 2008 by an affiant who is personally known to me or produced identification.

_____
Notary Public

Eric West
MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta, GA 30328
770-984-7007

142