AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Tuesday July 8, 2008 |
| NAME OF SERVER (PRINT) Thomas O. Kirby | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): <u>Bally Total Fitness Holding Corp by haning copies</u>
<u>to Ms. Gina Delcoiro, receptionist at 8700 W. Bryn Mawr Ave.</u>
<u>Chicago, Illinois</u>

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 10, 2008      *[signature]*
              Date                  Signature of Server

783 N. York Rd.
Elmhurst Illinois 60126

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.