**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

24 Hour Fitness USA, Inc., et al.
                                  Plaintiff,

v.                                                Case No.: 1:08−cv−03853
                                                       Honorable Joan H. Lefkow

Bally Total Fitness Holding Corp., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing date of 7/22/2008 on plaintiff's motion for preliminary injunction and to set date for preliminary injunction hearing [9] and plaintiff's motion for leave to conduct expedited discovery [11] is reset to 7/24/2008 at 9:30 a.m. by agreement.Telephoned notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.