IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 24 HOUR FITNESS USA, INC., a California corporation, | )<br>)<br>) |
| Plaintiff, | )<br>)  Civil Action No. 08 cv 3853<br>) |
| v. | )<br>) |
| BALLY TOTAL FITNESS HOLDING CORP., a Delaware corporation, and MICHAEL SHEEHAN, an individual, | )  Judge Joan Humphrey Lefkow<br>)<br>)  Magistrate Judge Morton Denlow<br>) |
| Defendants. | )<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 24, 2008 at 9:30 a.m., we will appear before the Honorable Joan Humphrey Lefkow in Room 1925, 219 S. Dearborn, Chicago, Illinois, and then and there present Plaintiff 24 Hour Fitness USA, Inc.'s Motion for Leave to File Second Amended Complaint *Instanter* served on Litigation Counsel.

Date:  July 22, 2008

Respectfully submitted,

24 Hour Fitness USA, Inc.

/s/ R. Mark Halligan

**R. Mark Halligan (IL 6200723)**
mark.halligan@lovells.com
**Deanna R. Swits (IL 6287513)**
deanna.swits@lovells.com
**LOVELLS LLP**
330 N. Wabash Avenue
Suite 1900
Chicago, IL  60611
Tel:  312 832 4400
Fax:  312 832 4444

*Attorneys for Plaintiff 24 Hour Fitness USA, Inc.*