IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 24 HOUR FITNESS USA, INC.,<br>a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BALLY TOTAL FITNESS HOLDING<br>CORP., a Delaware corporation,<br>and MICHAEL SHEEHAN, an<br>individual,<br><br>Defendants. | Civil Action No. 08 CV 3853<br><br>Judge Joan Humphrey Lefkow<br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

To:   R. Mark Halligan, LOVELLS LLP, 330 N. Wabash Avenue, Suite 1900, Chicago, IL 60611

PLEASE TAKE NOTICE that on July 24, 2008 at 9:30 a.m., we will appear before the Honorable Joan Humphrey Lefkow in Room 1925, 219 S. Dearborn, Chicago, Illinois, and then

and there present the Motion of Defendants, Michael Sheehan and Bally Total Fitness Holding Corporation, To Dismiss The First Amended Complaint Of 24 Hour Fitness USA, Inc. For Lack Of Subject Matter Jurisdiction.

Dated:  July 23, 2008

Respectfully submitted,

MICHAEL SHEEHAN and BALLY TOTAL FITNESS HOLDING CORPORATION

By:  /s/
     Kimball R. Anderson
     WINSTON & STRAWN LLP
     35 West Wacker Drive
     Chicago, IL  60601-9703
     Tel:   (312) 558-5600
     Fax:   (312) 558 5700
     kanderson@winston.com

Attorneys for Defendants
MICHAEL SHEEHAN
and BALLY TOTAL FITNESS
HOLDING CORPORATION

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendants Michael Sheehan and Bally Total Fitness Holding Corporation, hereby certifies that he has caused a true and correct copy of the foregoing NOTICE OF MOTION to be served via the Court's ECF filing system, this 23rd day of July, 2008, addressed to:

R. Mark Halligan
Mark.Halligan@lovells.com
Deanna R. Swits
Deanna.swits@lovells.com
LOVELLS LLP
330 N. Wabash Avenue
Suite 1900
Chicago, IL 60611
Tel: 312-832-4400
Chicago, IL 60611

_____/s/Kimball R. Anderson_____

LA: