**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

24 Hour Fitness USA, Inc., et al.
                              Plaintiff,
v.                                              Case No.: 1:08−cv−03853
                                                Honorable Joan H. Lefkow
Bally Total Fitness Holding Corp., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 7/24/2008. The following briefing schedule is set for plaintiff's motion to file second amended complaint [28] and defendant's motion to dismiss the first amended complaint [30]: responses due by 8/7/2008; replies due by 8/21/2008; ruling set for 9/25/2008 at 09:30 AM. Plaintiff's motion for preliminary injunction and to set date for preliminary injunction hearing [9] and plaintiff's motion for leave to conduct expedited discovery [11] is continued to 9/25/2008 at 9:30 a.m.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.